Lewis *et al. v.* The State.

Filed September 17, 1895.

---

No. 17,566.

## LEWIS ET AL. *v.* THE STATE.

ASSIGNMENT OF ERRORS.—*Causes for New Trial.*—Alleged errors, which are merely causes for a new trial, cannot be assigned as independent errors on appeal.

From the Lake Circuit Court.

*B. Dolan,* for appellants.

*W. A. Ketcham,* Attorney-General, for State.

JORDAN, J.—The appellants were charged with, and convicted of, the crime of robbery, and sentenced to be imprisoned in the State's prison for a term of three years. In this court they have assigned errors substantially as follows:

"1. Error of law occurring at the trial, in this : that the court erred in allowing witness, Constantine Engler, to give evidence against Edward Wolf, charging him with the commission of a felony other than the one with which he was charged, etc.

"2. That the court erred in allowing counsel for the State to make statements in the presence of the jury, charging Edward Wolf with the commission of a simi- lar crime, etc.

"3. Newly discovered evidence.

"4. The verdict of the jury is contrary to the evi- dence."

These are the only errors that counsel for appellants have attempted to assign. It is well settled by numer- ous decisions of this court, that alleged errors which are merely causes for a new trial in the lower court, cannot be assigned in the Supreme Court as independent errors.

In order to have presented the errors assigned to this court for review, appellants should have first properly presented them to the trial court by a motion for a new trial, and the action of that court in overruling the mo- tion should have been assigned as error. *Wagner* v. *State*, 63 Ind. 250; *Allen* v. *State*, 74 Ind. 216.

No question being presented for our consideration upon the merits of this appeal, the judgment is affirmed.

